**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bruce Roemmich, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Eagle Eye Development, LLC; | ) | |
| Leland Bertsch; Jane Bertsch; | ) | |
| Janet Scholl; and Jon Wagner, | ) | |
| | ) | Case No. A1-04-079 |
| Defendants. | ) | |

_____

Pursuant to its post-trial conference with the parties on December 16, 2005, the court shall establish the following briefing schedule:

1. The parties shall have until Tuesday, January 10, 2006, to file post-trial briefs.

2. The parties shall have until Tuesday, January 17, 2006, to file their responsive briefs.

Once it has had an opportunity to review the parties submissions, the court will contact the parties to schedule a conference.

**IT IS SO ORDERED.**

Dated this 16th day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge