IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Bruce Roemmich,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Eagle Eye Development, LLC<br>and Leland Bertsch,<br><br>　　　　　Defendants. | Case No. 1:04-cv-00079 |

## THIRD MOTION FOR EXECUTION OF JUDGMENT

Defendants Eagle Eye Development and Leland Bertsch (hereinafter "Eagle Eye and Bertsch") hereby move the Court for an order which orders the execution of the Court's December 29, 2006 judgment in regard to the above mentioned matter, and to order the United States Marshal to satisfy the judgment out of the personal property of the judgment debtor. This motion is based upon the memorandum in support of motion and all of the records and files in this case.

　　　　Dated this 29 day of December, 2008.

LARSON LATHAM BLISS HUETTL<br>
Attorneys for the Defendants<br>
521 East Main St.<br>
P.O. Box 2056<br>
Bismarck, North Dakota 58502-2056<br>
(701) 223-5300 - phone<br>
(701) 223-5366 - fax<br>
dbliss@bismarcklaw.com - email<br>
BY:_____<br>
David R. Bliss (ID#04729)

T:\Eagle Eye Appeal\Third Motion for Execution of Judgment 12-23-08.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTER DIVISION

| | |
|---|---|
| Bruce Roemmich, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>Eagle Eye Development, LLC )<br>and Leland Bertsch, )<br>)<br>)<br>Defendants. ) | **Case No. 1:04-cv-00079** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2008 the following documents:

1. **THIRD MOTION FOR EXECUTION OF JUDGMENT; AND**
2. **THIRD MEMORANDUM IN SUPPORT OF MOTION FOR EXECUTION OF JUDGEMENT**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Mark R. Hanson**
mhanson@nilleslaw.com; bbrunelle@nilleslaw.com

Dated this 29th day of December, 2008.

              LARSON LATHAM, BLISS HUETTL
              Attorneys for the Defendants
              521 East Main Street
              P.O. Box 2056
              Bismarck, North Dakota 58502-2056
              Phone: (701) 223-5300
              Fax: (701) 223-5366
              Email: dbliss@bismarcklaw.com
              BY: /s/ David R. Bliss
                David R. Bliss (ID#04729)