THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Bruce Roemmich, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Eagle Eye Development, LLC; | ) | |
| Leland Bertsch; Jane Bertsch; | ) | Case No. 1:04-cv-079 |
| Janet Scholl; and Jon Wagner, | ) | |
| | ) | |
| Defendants. | ) | |

I hereby recuse myself from the above-entitled action and reassign this matter to Chief Judge Daniel L. Hovland.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2009.

                                                           */s/ Charles S. Miller, Jr.*
                                                           Charles S. Miller, Jr.
                                                           United States Magistrate Judge